BLAKEMAN LAW
Benjamin Blakeman (SBN: 60596)
8383 Wilshire Blvd., Suite 510
Beverly Hills, CA 90211
Telephone: (213) 629-9922
Facsimile: (213) 232-3230
Email: ben@lifeinsurance-law.com

Attorneys for Plaintiff,
NAHID JAHANBIN

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHID JAHANBIN, <br><br> Plaintiff, <br><br> v. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, AN IOWA CORPORATION, <br><br> Defendant. | Case No. 2:20-cv-01793 FMO (SKx) <br><br> [PROPOSED] ORDER RE: STIPULATION [27] |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 29, 2021

/s/
Honorable Fernando M. Olguin
United States District Judge